IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARY H. DAVIS                                                               PLAINTIFF

vs.                                     CIVIL NO. 04-1118

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION              DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of October 2005.

                                                  /s/ Bobby E. Shepherd
                                                  HONORABLE BOBBY E. SHEPHERD
                                                  UNITED STATES MAGISTRATE JUDGE